

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00705-CR

Renee Ann **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10656
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellant's motion to dismiss her appeal is GRANTED, and this appeal is DISMISSED.

SIGNED December 19, 2018.

_____
Rebeca C. Martinez, Justice